**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-24199-RAR

NIGEL FRANK DE LA TORRE PARDO,

 Plaintiff,

v.

DBMB 18 II LLC, and
MI ISLA BAKERY 2, LLC,

 Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

 Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, DBMB 18 II LLC, and MI ISLA BAKERY 2, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines on this case.

Respectfully submitted this November 14, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/*Carmen Rodriguez*
CARMEN RODRIGUEZ
Florida Bar No. 710385
LAW OFFICES OF CARMEN RODRIGUEZ, P.A.
Palmetto Bay Centre
15715 South Dixie Highway, Suite 411
Palmetto Bay, Florida 333157
Telephone: (305) 254-6101
Facsimile: (305) 254-6048
Email Address: crpa@crlaborlawfirm.com
*Attorneys for Defendants DBMB 18 II, LLC & MI ISLA BAKERY 2, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 14, 2024.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ