UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24199-RAR

**NIGEL FRANK DE LA TORRE PARDO**,

    Plaintiff,

v.

**DBMB 18 II LLC**, and
**MI ISLA BAKERY 2, LLC**,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Parties' Joint Stipulation of Final Dismissal with Prejudice ("Stipulation"), [ECF No. 12], filed on November 20, 2024. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own attorneys' fees and costs except as indicated in the Parties' settlement agreement. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of November, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**